IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

AMANDA J. HERLING                                                                                   PLAINTIFF

       v.                                            Civil No. 07-5138

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                                DEFENDANT

## ORDER

      Plaintiff, Amanda Herling, brings this action under 42 U.S.C. § 405(g), seeking judicial review of a decision of the Commissioner of Social Security Administration (Commissioner) denying her claims for period of disability, disability insurance benefits (DIB), and supplemental security income ("SSI") pursuant to Titles II and XVI of the Social Security Act (hereinafter "the Act"), 42 U.S.C. §§ 416(i) and 423.

      The plaintiff's appeal brief states that plaintiff died on August 3, 2007, while committed to the Arkansas State Hospital, due to an apparent suicide by hanging. Plaintiff's counsel has also attached a copy of plaintiff's death certificate to her brief. Pursuant to an Order from this Court directing plaintiff's counsel to notify this Court of a proper substitute for plaintiff and to file all appropriate motions, plaintiff's counsel filed a motion to substitute. (Doc. 10, 11). However, counsel has failed to provide any legal support for her motion, and has also failed to address the questions concerning the application of Rule 25(a)(1) of the Federal Rules of Civil Procedure that are addressed in the defendant's brief. (Doc. 11). Specifically, the defense contends that counsel's mention of plaintiff's death, coupled with her attachment of a copy of plaintiff's death certificate to her appeal brief constitutes a suggestion of death, as is required to trigger the 90-day window for filing a motion to substitute. Fed. R. Civ. P. 25(a)(1).

Accordingly, plaintiff's counsel is directed to file a motion for extension of time to file her motion to substitute on or before **May 21, 2008**.  Said motion should include citations to legal authority to support the relief requested, as well as address the application of Rule 25(a)(1) of the Federal Rules of Civil Procedure.  Counsel for the defendant is then directed to file a response to plaintiff's motion and brief in support, on or before June 4, 2008.

It is ordered this 9th day of May 2008.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE